```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 01735
   MARIA DAVILA
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-9164


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/26/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 03/11/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------

INTERNAL REVENUE SERVICE PRIORITY           2202.55          .00            .00
INTERNAL REVENUE SERVICE UNSECURED           930.70          .00            .00
ASSET ACCEPTANCE CORP    UNSECURED          1034.67          .00            .00
ASSET ACCEPTANCE CORP    UNSECURED          6292.28          .00            .00
ASSET ACCEPTANCE CORP    UNSECURED          1471.54          .00            .00
ASSET ACCEPTANCE CORP    UNSECURED           206.57          .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED            554.55         .00            .00
T MOBILE                 UNSECURED         NOT FILED         .00            .00
TCF FINANCIAL SERVICES   UNSECURED         NOT FILED         .00            .00
BLITT & GAINES PC        NOTICE ONLY       NOT FILED         .00            .00
HOLLYWOOD VIDEO          UNSECURED         NOT FILED         .00            .00
TCF NATIONAL BANK        NOTICE ONLY       NOT FILED         .00            .00
PREMIER BANKCARD         UNSECURED            441.45         .00            .00
GATEWAY FINANCIAL SERVIC UNSECURED         NOT FILED         .00            .00
TCF NATIONAL BANK        UNSECURED         NOT FILED         .00            .00
DEPT OF ANESTHESIA       UNSECURED         NOT FILED         .00            .00
WOMEN S WORKOUT WORLD    UNSECURED         NOT FILED         .00            .00
NECLEAR MEDICINE         UNSECURED         NOT FILED         .00            .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED         .00            .00
CITIZENS BANK            UNSECURED         NOT FILED         .00            .00
TCF BANK                 NOTICE ONLY       NOT FILED         .00            .00
TCF BANK                 NOTICE ONLY       NOT FILED         .00            .00
STUDENT AID FUNDS INC    UNSECURED         NOT FILED         .00            .00
TXCOLLECT                UNSECURED         NOT FILED         .00            .00
ILLINOIS TITLE LOANS     SECURED VEHIC       300.00          .00            .00
KONSTANTINE T SPARAGIS   DEBTOR ATTY            .00                         .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                                .00


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01735 MARIA DAVILA
```

```
PRIORITY                                                               .00
SECURED                                                                .00
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                   .00
DEBTOR REFUND                                                          .00
                                   ---------------     ---------------
TOTALS                                         .00                 .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 06/23/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```